**UNITED STATES of America v. Bennie Lee BERRY et al.**

**Bennie Lee BERRY et al. v. Martha LONG et al.**

**Nos. 3632, 3633.**

Circuit Court of Appeals, Tenth Circuit.
Jan. 20, 1948.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for the United States.

Turner & Turner, of Holdenville, Okl., A. W. Trice, of Ada, Okl., and W. M. Haulsee, of Wewoka, Okl., for Bennie Lee Berry et al.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeals docketed and dismissed pursuant to agreement of parties.

**Theron CRAIN et al., Appellants, v. Jack R. PEARMAN, by Geneva L. Pearman, his Next Friend.**

**No. 13688.**

Circuit Court of Appeals, Eighth Circuit.
Jan. 12, 1948.

Wilton D. Chapman, John O. Hichew, and John L. Harlan, all of St. Louis, Mo.,

and Karl Greenhaw, of Fayetteville, Ark., for appellants.

Vincent M. Flynn, Wm. L. Mason, Jr., and Norman C. Parker, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from final judgment of District Court in favor of plaintiff and against defendants on defendants' counterclaim only dismissed, on dismissal by appellants and consent of appellee.

**In the Matter of the Petition of Anna Dorothy LACHS to be Admitted to Citizenship.**

**UNITED STATES of America, Appellant, v. Anna Dorothy LACHS.**

**In the Matter of the Petition of George Frank LACHS to be Admitted to Citizenship.**

**UNITED STATES of America, Appellant, v. George Frank LACHS.**

**Nos. 9494, 9495.**

Circuit Court of Appeals, Third Circuit.
Argued Feb. 20, 1948.
Decided Feb. 27, 1948.

Edward V. Ryan, Asst. U. S. Atty., of Newark, N. J. (Edgar H. Rossbach, U. S. Atty., of Newark, N. J., on the brief), for appellants.

Solomon Forman, of Atlantic City, N. J., for appellee.

Before McLAUGHLIN, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

The judgments of the lower court will be affirmed.